## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARIA LEON, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> JAM N' HONEY, INC., and CAESAR ) </br> ITALIAN RESTAURANT, INC., ) </br> ) </br> Defendants ) </br> ) | Case No. 16-CV-9582 </br></br> Judge Lee </br></br> Magistrate Judge Gilbert |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties having reached a resolution of this matter, the Parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this lawsuit without prejudice with such dismissal to automatically convert to a dismissal with prejudice on August 4, 2018.

Respectfully submitted,

Attorneys for Plaintiff

Alvar Ayala
Workers' Law Office, PC
53 W. Jackson Blvd., Suite 701
Chicago, Illinois 60604
(312) 795-9121
**For Plaintiff**

Attorney for Defendants

Thomas D. Carroll
Thomas R. Raines Attorney at Law, LLC
20 N. Wacker Dr., Suite 556
Chicago, IL 60606
T: (312) 750-1166
**For Defendants**

1